NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

DENNIS ALAN HIPSKIND, *Petitioner*.

No. 1 CA-CR 18-0896 PRPC
FILED 7-16-2019

Appeal from the Superior Court in Maricopa County
No. CR 2007-008360-001
The Honorable John R. Hannah Jr., Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Adena J. Astrowsky
*Counsel for Respondent*

Dennis Alan Hipskind, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Michael J. Brown, Judge Jon W. Thompson, and Judge Kenton D. Jones delivered the decision of the Court.

---

**PER CURIAM**:

¶1     Petitioner Dennis Alan Hipskind seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's second successive petition.

¶2     Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3     We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

¶4     For the foregoing reasons, we grant review and deny relief.

